

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00421-CV
_____

IN RE CHRISTOPHER C. BRANTLEY, RELATOR

Original Proceeding
Arising From Proceedings Before the 140th District Court
Lubbock County, Texas
Trial Court No. 2013-437,916; Honorable Jim Bob Darnell, Presiding

February 7, 2019

## ORDER REINSTATING ORIGINAL PROCEEDING

Before CAMPBELL and PIRTLE and PARKER, JJ.

We dismissed this original proceeding on January 15, 2019, due to Relator Christopher C. Brantley's failure to pay the filing fee or comply with chapter 14 of the Texas Civil Practice and Remedies Code. Brantley had sought to proceed as an indigent, but failed to file an affidavit describing his previous filings as required by section 14.004. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.004(a), (b). On January 28, 2019, within the time for rehearing, Brantley filed a letter seeking to reinstate the proceeding and an affidavit

describing his previous filings that substantially complies with section 14.004(a) and (b). *See id.; Remsburg v. Marquez*, 542 S.W.3d 823, 828-29 (Tex. App.—Amarillo 2018, no pet.).

Accordingly, we reinstate the proceeding, vacate our prior opinion and judgment, and restore the proceeding to the court's docket.

Per Curiam